OPINION — AG — ** PUBLIC RECORDS — KEEING — STORING — LOCATION ** THE BOARD OF REGISTERED DENTISTS OF OKLAHOMA ARE 'NOT' AUTHORIZED TO KEEP ITS OFFICE AND OFFICIAL FILES AND RECORDS IN ANY CITY OR TOWN IN OKLAHOMA DESIGNED BY THE BOARD, OTHER THAN IN OKLAHOMA CITY. (PUBLIC INSPECTION, RESIDENTS OF STATE AGENCY, LOCATION OF AGENCY, SITE, MUNICIPALITY) CITE: 59 O.S. 231 [59-231], 73 O.S. 1 [73-1], ARTICLE VI, SECTION 1 (SEAT OF GOVERNMENT) (FRED HANSEN)